The People of the State of New York v. Walter R. Whitman. The People of the State of New York v. John Kadra.— Motions granted.

The People of the State of New York v. John Barry. The People of the State of New York v. Walter K. Freeman. The People of the State of New York v. Warren Nelson. The People of the State of New York v. Vincenzo Enea. The People of the State of New York v. Pietro Giannona. The People of the State of New York v. Henry Hosier.— Motions denied on condition that appellants have their appeals ready for argument at the May term.

Robert W. Hebbard v. Gallus Thomann.— Motion denied on condition that appellant have appeal ready for argument at the April term.

John F. Dowd v. Empire City Savings Bank.— Motion granted, with ten dollars costs.

Samuel Hugel v. Nathan K. Habel.— Motion denied on payment of ten dollars costs and on condition that appellant have appeal ready for argument at the April term.

Ray B. Brill v. Abraham Brill.— Motion granted.

Antonio Piering v. Patrick J. Walsh.— Motion granted, with ten dollars costs.

In the Matter of Johanna Sgivony.— Motion denied on condition that appellant have appeal ready for argument at the May term.